CITY OF NEWARK ET AL., APPELLANTS, v. PUBLIC SER-
VICE CO-ORDINATED TRANSPORT, RESPONDENT.

Submitted February 12, 1931—Decided May 16, 1932.

For the appellants, *Frank A. Boettner.*

For the respondent, *William H. Speer.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PAR-
KER, CAMPBELL, LLOYD, BODINE, VAN BUSKIRK, KAYS, HET-
FIELD, DEAR, WELLS, KERNEY, JJ.   12.